BANCO DE PONCE, demandante y apelado, *v.* FULGENCIO PIÑEIRO, JR., demandado y apelante.

No. 4298.—*Visto:* Febrero 17, 1928.   *Resuelto:* Febrero 20, 1928.

LETRAS Y PAGARÉS—ACCIONES—DE LA DEMANDA—POSESIÓN O PROPIEDAD DE LA OBLIGACIÓN.—Una demanda en cobro de un pagaré no es insuficiente porque no alegue que el demandante posee o es dueño del pagaré, cuando dicha demanda alega que el demandado suscribió y entregó al demandante el pagaré en cuestión.

SENTENCIA de *R. H. Todd, Jr.,* J. (Ponce), declarando con lugar la demanda, con costas. *Confirmada.*

*L. Tormes,* abogado del apelante; *José Tous Soto* y *F. Zapater,* abogados del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

El apelante fué condenado a pagar al apelado la cantidad de $1,000 y sus intereses desde determinada fecha y la única cuestión que plantea en este recurso contra esa sentencia es que la corte inferior cometió error al desestimar la excepción previa que alegó contra la demanda por no aducir hechos determinantes de causa de acción, por lo que la sentencia es contraria a derecho.

El apelado, Banco de Ponce, alegó en su demanda que el apelante suscribió y le entregó una obligación de pagarle dicha cantidad, que hizo constar en un pagaré suscrito por él, que se transcribe en la demanda; pero dice el apelante que la demanda no es suficiente porque no contiene la alegación esencial de que el banco poseía o era dueño de dicho pagaré. Tal alegación no era necesaria ni esencial en este caso; diciendo la demanda que el demandado suscribió y le entregó el pagaré hay que suponer que continúa en su posesión. El caso de *Fornaris* v. *Font,* 35 D.P.R. 610, que el

apelante cita en apoyo de su proposición, no es aplicable al presente, pues lo que en él se resolvió fué que no es procedente una sentencia por las alegaciones contra un demandado cuando éste niega la entrega del pagaré y la falta de pago, en cuyo caso incumbe al demandante probar que poseía el pagaré.

*La sentencia apelada debe ser confirmada.*